# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Wilmer Orobio Payan, Osiber Vente Orobio, and Jaminson Valencia Moreno<br><br>*Defendant(s)* | )<br>)<br>) Case No. 22-MJ-0026-B<br>)<br>)<br>)<br>) |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 11, 2022,** in the county of **Mobile** in the **Southern** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46 U.S.C. 70503(a) | An individual may not knowingly or intentionally manufacture or distribute, or possess with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States. |
| Title 46 U.S.C. 70506 | Conspiracy to violate Title 46 U.S.C. 70503(a) |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Jason Greene*
*Complainant's signature*

Jason R. Greene, Special Agent, HSI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

Date: February 16, 2021

*Sonja F. Bivins*
*Judge's signature*

City and state: Mobile, Alabama

Hon. Sonja F. Bivins, U.S. Magistrate Judge
*Printed name and title*